IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-01526-AP**

**In re: ANTHONY LOUIS STELLATO and
LISA DAWN STELLATO,**

Debtors.

**DEN-CUT FINANCIAL, LLC,**

Appellant,

v.

**ANTHONY LOUIS STELLATO,**

Appellee.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion to Dismiss Appeal With Prejudice (doc. #7), filed June 18, 2014, it is

**ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: June 18, 2014

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT